**KHOSROABADI & HILL, APC**
Sara Khosroabadi, Esq. (299642)
Jamie C. Barnett, Esq. (317662)
sara@KandHlawgroup.com
3550 Camino Del Rio North, Ste. 303
San Diego, CA 92108
Telephone: (858) 434-1020
Facsimile: (858) 260-2156

*Attorneys for Plaintiff,*
Gabriel Williams

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIEL WILIAMS,** | **Case No.:** 25-CV-01707-AJB-KSC |
| Plaintiff, | |
| **v.** | **JOINT 26(F) DISCOVERY PLAN** |
| **LVNV FUNDING, LLC; MANDARICH LAW GROUP,** | |
| Defendants. | |

KHOSROABADI & HILL, APC
3550 Camino Del Rio North, Ste. 303
SAN DIEGO CA 92108

Plaintiff GABRIEL WILLIAMS ("Plaintiff") and Defendant LVNV FUNDING, LLC ("LVNV"), jointly submit this Case Management Statement in accordance with the Court's Orders dated September 30, 2025, and in accordance with Rule 26(f) of the Federal Rules of Civil Procedure. Defendant MANDARICH LAW GROUP has been served and Plaintiff's counsel has been in touch with counsel for MANDARICH LAW GROUP, but as of the date of filing of this Joint Discovery Plan, MANDARICH LAW GROUP has not filed its answer to Plaintiff's Complaint.

## I. SERVICE

*Plaintiff:* All parties have been served.

*Defendant LVNV:* LVNV filed an answer to Plaintiff's complaint on September 24, 2025.

## II. 26(A) DISCLOSURES

*Plaintiff:* Plaintiff will complete his initial disclosures by October 27, 2025.

Plaintiff does not believe there should be any changes in the time, form, or requirement for Rule 26(a) disclosures.

*Defendant LVNV:* LVNV will serve initial disclosures by October 27, 2025.

## III. DISCOVERY

*Plaintiff:* Plaintiff anticipates conducting discovery regarding the facts and circumstances surrounding allegations in Plaintiff's Complaint, communications between Plaintiff and Defendants, the facts and circumstances surrounding Plaintiff's damages, and any other issues raised by the pleadings or discovery. Plaintiff will propound Requests for Admissions, Interrogatories, and Requests for Production of Documents to do so. Plaintiff anticipates deposing the Person Most Knowledgeable for Defendants and any agents of Defendants identified during discovery that may have information related to the claims.

Plaintiff does not believe discovery should be conducted in phases or otherwise limited.

KHOSROABADI & HILL, APC
3550 Camino Del Rio North, Ste. 303
SAN DIEGO CA 92108

1   Plaintiff does not anticipate serving interrogatories exceeding the

2   number permitted by Rule 33.

3   *Defendant LVNV:*   LVNV will propound interrogatories, requests for

4   production and requests for admission on Plaintiff.   LVNV also intends to take

5   Plaintiff's deposition.   The subjects of discovery include, among other things: (1)

6   Plaintiff's alleged damages, (2) any other material allegations in Plaintiff's

7   complaint, and (3) defenses asserted in LVNV's answer to Plaintiff's complaint.

8   LVNV does not request any changes in discovery limitations, and does not anticipate

9   requiring phased discovery at this time.

10   ### IV. EXPERT EVIDENCE

11   *Plaintiff:* Plaintiff does not believe this case will necessitate expert evidence.

12   *Defendant LVNV:* LVNV does not anticipate needing expert testimony at this

13   time, but reserves the right to retain an expert witness if necessary.

14   ### V. SUMMARY JUDGMENT

15   *Plaintiff:* Plaintiff does not anticipate filing for summary or partial judgment on

16   any issues at this time.

17   *Defendant LVNV:*   LVNV intends to file a motion for summary judgment after

18   the close of discovery.   LVNV believes Plaintiff's entire complaint will be dismissed

19   at summary judgment.

20   ### VI. PROTECTIVE ORDER

21   *Plaintiff:* Plaintiff anticipates that Defendants will require a Protective Order

22   and ask that a proposal be circulated as soon as possible.

23   *Defendant LVNV*:  LVNV anticipates that a protective order may be necessary,

24   and will circulate a proposed protective order to the parties if necessary.

25   ### VII. ISSUES ABOUT DISCLOSURE, DISCOVERY, OR

26   ### PRESERVATION OF ELECTRONICALLY STORED

27   ### INFORMATION

28   *Plaintiff:* Plaintiff does not anticipate any ESI preservation issues. Based on the

CASE NO.: 25-CV-01707-AJB-KSC        **2 OF 5**        *Williams v. LVNV Funding, LLC, et. al.*
**JOINT DISCOVERY PLAN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(F)**

nature of this case, Plaintiff believes that producing ESI in a reasonably usable format (e.g., hard copy or .pdf) is appropriate and proportional to the needs of the case. Once the parties have had the opportunity to review such documents, they may confer regarding any additional exchange or production that the parties believe is necessary.

*Defendant LVNV:* LVNV does not anticipate any ESI preservation issues, and believes ESI can be produced in .pdf format.

## VIII. ISSUES ABOUT CLAIMS OF PRIVILEGE

*Plaintiff:* Plaintiff agrees to maintain the privilege of any privileged information inadvertently produced during discovery and will confer regarding specific procedures for inadvertent disclosure of such materials. Plaintiff agrees to provide privilege logs for documents withheld on the grounds of the attorney-client privilege or the work product doctrine, except that communications with outside litigation counsel need not be logged.

*Defendant LVNV:* LVNV does not anticipate any issues regarding privilege at this time.

## IX. CHECKLIST FOR RULE 26(F)

*Plaintiff:* Plaintiff has reviewed the Court's Rule 26(f) Conference checklist. Plaintiff does not believe there are any disputes or anticipated disputes with the items on the checklist or issues regarding ESI.

*Defendant LVNV:* LVNV has reviewed the Court's Rule 26(f) Conference checklist. LVNV does not believe there are any disputes or anticipated disputes with the items on the checklist or issues regarding ESI.

///

///

///

///

///

KHOSROABADI & HILL, APC
3550 Camino Del Rio North, Ste. 303
SAN DIEGO CA 92108

## X.**OTHER MATTERS**

*Plaintiff:* Plaintiff is unaware of any other issues that may affect this matter.

*Defendant LVNV:*  At this time, LVNV is unaware of any other issues that may affect this matter.

Date: October 27, 2025          **KHOSROABADI & HILL, APC**

                                    By:   /s/ Jamie Barnett_____

                                          JAMIE C. BARNETT, ESQ.

                                          ATTORNEY FOR PLAINTIFF

                               **YU MOHANDESI, LLP**

                                      By:   /s/ Brett Goodman_____

                                          B. BEN MOHANDESI, ESQ.

                                          BRETT GOODMAN, ESQ.

                                          ATTORNEY FOR DEFENDANT LVNV FUNDING LLC

KHOSROABADI & HILL, APC
3550 Camino Del Rio North, Ste. 303
SAN DIEGO CA 92108

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: October 27, 2025                    KHOSROABADI & HILL, APC

                                          By:   __/s/ Jamie Barnett_____
                                               JAMIE BARNETT, ESQ.
                                               ATTORNEY FOR PLAINTIFF

KHOSROABADI & HILL, APC
3550 Camino Del Rio North, Ste. 303
SAN DIEGO CA 92108

## CERTIFICATE OF SERVICE

A copy of the foregoing *Joint Discovery Plan Pursuant to F.R.C.P. 26(f)* has been filed on October 27, 2025, through the Court's electronic filing system.  All parties may access the foregoing via the Court's electronic filing system.

___/s/ Jamie Barnett_____
JAMIE BARNETT, ESQ.

KHOSROABADI & HILL, APC
3550 Camino Del Rio North, Ste. 303
SAN DIEGO CA 92108

CASE NO.: 25-CV-01707-AJB-KSC                    *Williams v. LVNV Funding, LLC, et. al.*

**PROOF OF SERVICE**