UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL WILLIAMS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; MANDARICH LAW GROUP, LLP; DOES 1-20,<br><br>　　　　　　　　　　Defendant. | Case No.: 25-cv-1707-AJB-KSC<br><br>**SCHEDULING ORDER REGULATING DISCOVERY AND OTHER PRE-TRIAL PROCEEDINGS** |

　　　　Pursuant to Rule 16.1.d. of the Local Rules, a Case Management Conference was held on **November 10, 2025**. After consulting with counsel[1] and with good cause appearing, **IT IS HEREBY ORDERED**:

　　　　1.　Any motion to join other parties, to amend the pleadings, or to file additional pleadings shall be filed by **December 19, 2025**.

　　　　2.　A telephonic Status Conference will be held on **March 13, 2026**, at **10:00 a.m.** before Magistrate Judge Karen S. Crawford. To participate in the conference, counsel

---

[1] As used herein, references to "attorneys" and "counsel" include any self-represented party.

1  must dial 1-669-254-5252 and enter Meeting ID 161 634 0675. Participants will remain on hold until the Court activates the conference call. Participants will be prompted to enter the passcode, which is 953664, when the Court activates the call.

3. The parties must disclose the identity of their respective experts in writing by **May 1, 2026**. The date for the disclosure of the identity of rebuttal experts must be on or before **May 15, 2026**. The written designations must include the name, address and telephone number of the expert and a reasonable summary of the testimony the expert is expected to provide. The list must also include the normal rates the expert charges for deposition and trial testimony. **The parties must identify <u>any</u> person who may be used at trial to present evidence pursuant to Fed. R. Evid. 702, 703 and 705, respectively. This requirement is not limited to retained experts.**

4. On or before **May 29, 2026**, each party must comply with the disclosure provisions in Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure. **This disclosure requirement applies to all persons retained or specifically employed to provide expert testimony or whose duties as an employee of the part regularly involve the giving of expert testimony.**

5. Any party shall supplement its disclosure regarding contradictory or rebuttal evidence under Fed. R. Civ. P. 26(a)(2)(c) by **June 26, 2026**.

6. **Please be advised that failure to comply with this section or any other discovery order of the court may result in the sanctions provided for in Fed. R. Civ. P. 37 including a prohibition on the introduction of experts or other designated matters in evidence.**

7. All fact discovery must be completed by all parties on or before **April 17, 2026**. All expert discovery must be completed by all parties on or before **July 31, 2026**. "Completed" means that all discovery under Rules 30-36 of the Federal Rules of Civil Procedure, and discovery subpoenas under Rule 45, must be initiated a sufficient period of time in advance of the cut-off date, so that it may be completed by the cut-off date, taking

//

into account the times for service, notice and response as set forth in the Federal Rules of Civil Procedure.

Counsel must promptly and in good faith meet and confer with regard to all discovery disputes in compliance with Civil Local Rule 26.1.a. and Section VIII. of Magistrate Judge Crawford's *Chamber Rules for Civil Pretrial Procedures*.  **A failure to comply with Local Rule 26.1.a. or the Court's Chambers Rules will result in a waiver of a party's discovery issue. Absent an order of the court, no stipulation continuing or altering this requirement will be recognized by the court.**

8. A Mandatory Settlement Conference ("MSC") will be conducted on **April 15, 2026** at **2:00 p.m.** by **Magistrate Judge Karen S. Crawford.** All parties (including those indemnified by others), claims adjusters for insured defendants, the principal attorney(s) responsible for the litigation, and non-lawyer representatives with full and unlimited authority to negotiate and enter into a binding settlement must be present and legally and factually prepared to discuss and resolve the case. The MSC will be conducted by Zoom.[2]

Counsel must submit the names, titles, email addresses and phone numbers of MSC participants and confidential MSC briefs by email (efile_crawford@casd.uscourts.gov) on or before **April 8, 2026**. All parties must read and fully comply with Section IV and V of Magistrate Judge Crawford's *Chamber Rules for Civil Pretrial Procedures*.

9. All other dispositive motions, ***including those addressing Daubert issues***, must be filed on or before **August 28, 2026**.  Please be advised that counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion.  Motions in Limine are to be filed as directed in the Local Rules, or as otherwise set by Judge Battaglia.

/ /

---

[2] The parties may request the MSC be converted to an in-person conference informally by placing a joint call to chambers or lodging a joint email to efile_crawford@casd.uscourts.gov. Counsel must meet and confer prior to any such request.

10. Counsel must comply with the pre-trial disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **November 25, 2026**.

11. This order replaces the requirements under Civ. L. R. 16.1.f.6.c. No Memoranda of Law or Contentions of Fact are to be filed.

12. The parties must meet and confer on or before **November 25, 2026** and prepare a proposed pretrial order in the form as set forth in Civ. L. R. 16.1.f.6.

The Court encourages the parties to consult with the assigned magistrate judge to work out any problems in preparation of the proposed pretrial order. The court will entertain any questions concerning the conduct of the trial at the pretrial conference.

13. Objections to Pre-trial disclosures must be filed no later than **December 3, 2026**.

14. The Proposed Final Pretrial Conference Order as described above must be prepared, served and lodged with the assigned district judge on or before **December 10, 2026**.

15. The final Pretrial Conference is scheduled on the calendar of the **Honorable Anthony J. Battaglia** on **December 17, 2026**, at **1:30pm**.

16. A post trial settlement conference before a magistrate judge may be held within 30 days of verdict in the case.

17. The dates and times set forth herein will not be modified except for good cause shown.

18. Dates and times for hearings on motions must be approved by the Court's clerk before notice of hearing is served.

19. Briefs or memoranda in support of or in opposition to any pending motion must not exceed twenty-five (25) pages in length without leave of a district judge. No reply memorandum will exceed ten (10) pages without leave of a district judge. Briefs and

//
//
//

memoranda exceeding ten (10) pages in length must have a table of contents and a table of authorities cited.

**IT IS SO ORDERED.**

Dated: November 13, 2025

Hon. Karen S. Crawford
United States Magistrate Judge